IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | |
|---|---|
| RHONDA MORTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  No. 3:04-CV-278 |
| | ) |
| ADVANCE PCS, INC., and | ) |
| RANDY HATFIELD, | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

For the reasons stated in the memorandum opinion filed contemporaneously with this order, defendants' motion for reconsideration [doc. 21] is **DENIED** and defendants' motion for summary judgment [doc. 24] is **DENIED WITH LEAVE TO RENEW**. Plaintiff shall, no later than August 9, 2005, file her amended complaint asserting: (1) a civil conspiracy claim against defendant Randy Hatfield; and (2) a Family and Medical Leave Act claim against Cathy Gaudio.

It is further ordered that this civil action is **SET** for trial on February 14, 2007. All pretrial deadlines contained in the court's original scheduling order [doc. 14] are continued to conform with the new trial date.

**IT IS SO ORDERED.**

ENTER:

                s/ Leon Jordan
        United States District Judge